| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** 07 CRIM. 516 | | CR06-1264 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luz De La Cruz | California | Central |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Manuel L. Real | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/27/06 | TO 11/26/11 |

OFFENSE
18 USC 1001: False Statement

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  SOUTHERN DISTRICT OF NEW YORK  upon that Court's order of acceptance of jurisdiction. ~~This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.~~*

_Jan. 24, 2007_            /s/ Real
Date                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE

/s/ James C. Francis IV
United States District Judge

_____
Effective Date