UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

07 CRIM 516

Case No. CR-05-1264-R                                      Date: Nov. 27, 2006

======================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Leonore LeBlanc | Cheryl Murphy |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

======================================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1)   LUZ DE LA CRUZ                                   1)   Mario Valenzuela
     X present    X bond                                   X present    X appointed

PROCEEDINGS:    SENTENCING

DOCKETED ON CM
NOV 3 0 2006
BY _____ 023

Refer to Judgment and Probation/Commitment Order (attached hereto).

USDC SDNY
ELECTRONICALLY FILED
JUN 11 2007

✓ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

                                                           8 min
                                                           Deputy Clerk Initials ___

CR 50 (2/91) CRIMINAL MINUTES - SENTENCING AND JUDGMENT

2-05-CR-01264-00035-000

United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**    CR-05-1264-R
Defendant LUZ DE LA CRUZ    S.Sec.# -------3473

Residence: N/A    Mailing: SAME

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on: NOVEMBER 27, 2006
Month / Day / Year

COUNSEL:
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
   XX   WITH COUNSEL Mario Valenzuela, appointed

XX PLEA:
   XX   GUILTY, and the Court being satisfied that there is a factual basis for the plea.
   ___ NOLO CONTENDERE         ___ NOT GUILTY

FINDING:
There being a finding of _____ GUILTY, defendant has been convicted as charged of the offense(s) of: False Statement in violation of Title 18 USC 1001 as charged in the single-count information.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court that

IMPOSITION OF SENTENCE IS SUSPENDED, and

IT IS FURTHER ADJUDGED that defendant shall be placed on probation for a term of five (5) years under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall refrain from any unlawful use of a controlled substance, and shall submit to 1 drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer; 3) shall participate in outpatient substance abuse treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer, and shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; 4) during the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall

-- GO TO PAGE TWO --

Deputy Clerk

U.S.A. V. LUZ DE LA CRUZ                                    CR 05-1264-R
                                                            PAGE TWO
-- CONTINUED FROM PAGE ONE --
==================================================================
==================================================================
                 JUDGMENT AND PROBATION/COMMITMENT ORDER
==================================================================

reside in the treatment program until discharged by the Program Director and the Probation Officer; 5) shall as directed by the Probation Officer pay all or part of the costs of treating the defendant's drug or alcohol dependency to the aftercare contractor during the period of supervision pursuant to 18 USC 3672, and shall provide payment and proof of payment as directed by the Probation Officer; 6) shall during the period of community supervision pay the special assessment in accordance with this judgment's orders pertaining to such payment; 7) shall perform one thousand (1000) hours of community service, as directed by the Probation Officer; 8) shall report to the Court in person every 120 days as directed by the Probation Officer; 9) shall cooperate in the collection of a DNA sample from the defendant.

   IT IS FURTHER ORDERED that defendant pay a special assessment of $100.00, which is due immediately.

   IT IS FURTHER ORDERED that the bond of the defendant is exonerated.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period

Signed by: District Judge _____
                          MANUEL L. REAL

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                         Sherri R. Carter, Clerk of Court

Dated/Filed  Nov. 29, 2006               By _____
             Month / Day / Year             William Horrell, Deputy Clerk