

**07 CRIM. 516**

P48521/P. Merrigan

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM

| TO:   | Jim Molinelli, Miscellaneous Clerk |
|-------|-------------------------------------|
| FROM: | Peter A. Merrigan, SUSPO           |
| RE:   | Luz De la Cruz                      |
| DATE: | 4/25/07                             |
|       |                                     |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On November 27, 2006, the above-named individual was sentenced as outlined in the attached J & C. In February 2007, we received a letter from the Central District of California advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Ms. De La Cruz' transfer to the SD/NY, was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5129.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Peter A. Merrigan
Supervising U.S. Probation Officer

JUN 11 2007